# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 13-cv-2427 |
| CLARENCE POWELL, | : |
| | : |
| Defendant. | : CRIMINAL ACTION |
| | : |
| | : No. 09-cr-574-03 |
| | : |

## ORDER

AND NOW, this 28th day of August, 2013, upon consideration of the Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (ECF No. 201), and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED. Further, this Court will not issue a certificate of appealability, as, for the reasons contained in this Memorandum, the Petitioner has not made a substantial showing of the denial of a constitutional right.

The Petitioner's Motion to Supplement the Petition (ECF No. 206) is GRANTED, and we considered the arguments the Petitioner made in the supplemental materials in this Memorandum. Construing the Petitioner's Letter (ECF No. 203) as a Motion to Appoint Counsel, it is hereby ORDERED that the Motion is DENIED as, for the reasons stated in this Memorandum, the Petitioner has no colorable claim for habeas corpus relief.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.