IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 09-574-03** |
| | : | |
| **CLARENCE POWELL,** | : | |
| | : | |

# ORDER

AND NOW, this **27th** day of **June, 2025**, upon review of the docket and consideration of Mr. Clarence Powell's *pro se* Motion to Reduce Sentence (ECF No. 309), the Government's Response to the Motion (ECF No. 310), and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**